# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0110

VERSUS

KENDAL DOLLAR                                         **MARCH 22, 2024**

---

In Re:    Kendal Dollar, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Assumption, No.
          23306.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED.**

                              PMc
                              CHH
                              SMM

COURT OF APPEAL, FIRST CIRCUIT

*[signature]*

DEPUTY CLERK OF COURT
      FOR THE COURT